777 A.2d 1052

**Jerome SILO, Appellant**

**v.**

**Martin HORN, et. al., Appellees.**

**No. 58 M.D. Appeal Docket 2001.**

Supreme Court of Pennsylvania.

June 5, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 5th day of June, 2001, the above appeal is hereby quashed for failure to comply with Rule 909 and 910, Pa.R.A.P. The Motion To Proceed on Original Record and the Application for Appointment of Counsel are dismissed.